First Appellate Department, October, 1898. Reported. 33 App. Div. 640.

In the Matter of the Petition of HENRY H. LYMAN for an Order Revoking and Cancelling Liquor Tax Certificate No. 4867, Issued to BELDEN CLUB.

APPEAL from an intermediate order, made in a special proceeding brought under section 28 of the Liquor Tax Law, to revoke a liquor tax certificate, which order overruled appellant's objection as to sufficiency of petition and denied his motion for a dismissal thereof.

Royal R. Scott, attorney for respondent, Lyman.

The order does not affect a substantial right within the meaning of sections 1356 and 1357 of the Civil Code, and, therefore, is not appealable.

In case a final order is made in the proceeding affecting a substantial right of the club, it may appeal from that order and in that appeal bring this order up for review. Cambridge Valley Nat. Bank v. Lynch, 76 N. Y. 514. The order overruled the objections with leave to answer, and the Belden Club having answered before appeal waived its right, if any, to appeal from the order.

If the final order revoked the certificate that would be the order affecting a substantial right and an appeal from it could bring up this preliminary order for review. Sec. 1316 Code of Civil Procedure. The objections are in nature of a demurrer and a

decision of the court sustaining or overruling a demurrer is an order and can only be reviewed on appeal from a final judgment entered thereon. Sections 1347, 1348 and 1349, Code of Civil Procedure. Cambridge Valley Nat. Bank *v.* Lynch, 76 N. Y. 514. Wright *v.* Chapin, 74 Hun, 521.

The objection to the petition on the part of the Belden Club, that in addition to locating the premises where it trafficked in liquors, the petition should, in each paragraph, have repeated it by saying that the illegal sales were made there, is a technical objection and the Belden Club does not claim to have been misled by it.

Alfred R. Page, attorney for respondent, Hilliard. (No points.)

Loftus & Caffrey, attorneys for appellant, Belden Club.

The petition is insufficient in that it fails to show that any of the alleged sales were made within the State of New York, or even that the Belden Club ever established itself at the premises mentioned in the petition.

Order affirmed, with ten dollars costs and disbursements. No opinion.